IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00991–PAB–KMT

CAROL GIANFRANCISCO,

    Plaintiff,

v.

EXCELSIOR YOUTH CENTERS, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Amend and Extend Dates Set in Scheduling Order" (Doc. No. 30, filed November 16, 2010) is GRANTED. The deadlines set forth in the Scheduling Order (Doc. No. 19) are VACATED. Plaintiff's counsel shall enter their appearances no later than December 1, 2010. After Plaintiff's counsel enter their appearances, the court will set a status conference for the purpose of setting new deadlines. If Plaintiff fails to obtain counsel or Plaintiff's counsel fail to enter their appearances by December 1, 2010, all deadlines in the Scheduling Order will be reinstated.

Plaintiff's "Motion to Reset Motions Hearing" (Doc. No. 31, filed November 16, 2010) is GRANTED. The motions hearing will be reset after Plaintiff's counsel enter their appearances.

Dated: November 17, 2010