IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-00991-PAB-KMT                    FTR - Courtroom C-201

**Date:** January 6, 2011                                   Deputy Clerk, Nick Richards


CAROL GIANFRANCISCO,                                        Robert L. Allman

    Plaintiff,

v.

EXCELSIOR YOUTH CENTERS, INC.,                              Daniel R. Satriana, Jr.

    Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**
**Court in session: 9:25 a.m.**
Court calls case.  Appearances of counsel.

Status Conference is called to consider Joint Motion to Amend/Correct/Modify Scheduling Order Deadlines [Doc. No. 42, filed January 3, 2011].

It is **ORDERED**:   Joint Motion to Amend/Correct/Modify Scheduling Order Deadlines [42] is **GRANTED**.

THE FOLLOWING DATES ARE AMENDED ON THE SCHEDULING ORDER:

DEADLINES:
Joinder of Parties/Amendment to Pleadings: February 10, 2011
Discovery Cut-off: July 17, 2011
Dispositive Motions Deadline: August 16, 2011
Disclosure of Affirmative Experts: April 10, 2011
Disclosure of Rebuttal Experts: May 10, 2011
Written Discovery shall be served no later than May 10, 2011.

**FINAL PRETRIAL CONFERENCE** set for: October 17, 2011 at 9:30 a.m.
**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

**Court in Recess: 9:36 a.m.**
Hearing concluded.
Total In-Court Time    00:11

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.