IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00991–PAB–KMT

CAROL GIANFRANCISCO,

    Plaintiff,

v.

EXCELSIOR YOUTH CENTERS, INC.,

    Defendant.

## **ORDER**

    Due to a scheduling conflict, the final pretrial conference set in this matter for October 17, 2011 at 9:30 a.m. is VACATED. The final pretrial conference is hereby reset for October 31, 2011 at 9:45 a.m.

    The parties are reminded that a Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) <u>business</u> days prior to the final pretrial conference.

    Dated this 13th day of July, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge