IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00991–PAB–KMT

CAROL GIANFRANCISCO,

    Plaintiff,

v.

EXCELSIOR YOUTH CENTERS, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw" (#61, filed August 31, 2011). Being otherwise fully advised, it is hereby ORDERED that the Motion (#61) is GRANTED. Attorney April L. Jones is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Jones from the electronic certificate of mailing.

Dated: September 7, 2011